# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>JOSE MORENO NEVAREZ,<br><br>　　　　　　　　Defendant. | CASE NO. 13-cr-00498-BEN<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_x_**　an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___　the Court has dismissed the case for unnecessary delay; or

___　the Court has granted the motion of the Government for dismissal, without prejudice; or

___　the Court has granted the motion of the defendant for a judgment of acquittal; or

___　a jury has been waived, and the Court has found the defendant not guilty; or

___　the jury has returned its verdict, finding the defendant not guilty;

**_X_**　of the offense(s) as charged in the Indictment/Information:

　　21:952 and 960 - Importation of Cocaine (Felony)(1);

　　21:952 and 960 - Importation of Methamphetamine (Felony)(2)

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 3/26/13

　　　　　　　　　　　　　　　　　　　_/s/ Bernard G. Skomal_
　　　　　　　　　　　　　　　　　　　Bernard G. Skomal
　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge